UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:06-cr-408-T-17TBM

MICHAEL DAVID REID

### PRELIMINARY ORDER OF
### FORFEITURE FOR SUBSTITUTE ASSETS

THIS CAUSE comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture for Substitute Assets for the Royal Bank of Canada bank accounts identified below in partial satisfaction of defendant Michael David Reid's forfeiture money judgment in the amount of $1,000,000.00 for which he is personally liable:

   a.   Approximately $82,705.44 in funds from Royal Bank of Canada in the Channel Islands, Jersey, Account Number 4416756 in the name of Michael David Reid; and

   b.   Approximately $746.89 in funds from Royal Bank of Canada in the Channel Islands, Jersey, Account Number 4416806 in the name of Michael David Reid.

Being fully advised in the premises, on May 29, 2009, the Court entered a forfeiture money judgment in the amount of $1,000,000.00 against the defendant. Doc. 35. The defendant was sentenced and the forfeiture money judgment was included in the Judgment in a Criminal Case. Docs. 26 and 36.

The Court further finds that the United States is entitled to seek forfeiture of substitute assets, belonging to the defendant, pursuant to the provisions of 21 U.S.C. § 853(p), incorporated under 18 U.S.C. § 982(b)(1), and Fed. R. Crim. P.

32.2(e), in partial satisfaction of the forfeiture money judgment entered against the defendant. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p), incorporated under 18 U.S.C. § 982(b)(1), and Fed. R. Crim. P. 32.2(e), defendant Michael David Reid's interest in the substitute assets identified above is hereby forfeited to the United States for disposition according to law. Such forfeiture shall be in partial satisfaction of defendant's forfeiture money judgment in the amount of $1,000,000.00.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the referenced substitute assets, and to entertain any third party claims that may be asserted in these proceedings.

DONE and ORDERED in Tampa, Florida, this 22nd day of October 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies: Anita M. Cream, AUSA
Counsel of Record